IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND SAUNDERS,

    Petitioner,

v.

DR. BELL and OXFORD FEDERAL
CORRECTIONAL INSTITUTION MEDICAL
STAFFS,

    Respondent.

ORDER

Case No.  24-cv-749-wmc

---

Petitioner Raymond Saunders seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  Petitioner has filed a motion to waive the $5 filing fee; however, petitioner does not submit any evidence to show his present indigency status.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 18, 2024.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately April 25, 2024 through the date of the petition, October 25, 2024.

ORDER

IT IS ORDERED that:

    1.    Petitioner Raymond Saunders may have until November 18, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 18, 2024, I will assume that petitioner wishes to withdraw this petition.

3. Petitioner's motion to waive the filing is denied without prejudice.

Entered this 25th day of October, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge